## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**JOSEPH NARD**                                                                  **PLAINTIFF**
*ADC #169524*

**v.**                              **CASE NO. 3:24-CV-00170-BSM**

**ARKANSAS DEPARTMENT**                                              **DEFENDANTS**
**OF CORRECTIONS, *et al.***

### ORDER

After *de novo* review of the record, United States Magistrate Judge Joe J. Volpe's recommended disposition [Doc. No. 4] is adopted.  Joseph Nard's complaint [Doc. No. 1] is dismissed without prejudice for failure to state a claim upon which relief may be granted and as frivolous, as such, his motion to appoint counsel [Doc. No. 5] is denied.  Dismissal of this action in the future will be counted as a strike under 28 U.S.C. section 1915(g) and an *in forma pauperis* appeal from this order would not be taken in good faith.  28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 20th day of November, 2024.

_____
UNITED STATES DISTRICT JUDGE