IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JOSEPH NARD**  **PLAINTIFF**
*ADC #169524*

v.                    CASE NO. 3:24-CV-00170-BSM

**ARKANSAS DEPARTMENT**  **DEFENDANTS**
**OF CORRECTIONS,** *et al.*

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 20th day of November, 2024.

_____
UNITED STATES DISTRICT JUDGE